ACCEPTED
03-13-00296-CR
6318951
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/31/2015 5:44:58 PM
JEFFREY D. KYLE
CLERK

No. 03-13-00296-CR

IN THE COURT OF APPEALS FOR
THE THIRD JUDICIAL DISTRICT OF TEXAS, AT AUSTIN

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/31/2015 5:44:58 PM
JEFFREY D. KYLE
Clerk

FILED
August 6, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

**Robbie Dale Walker**

Appellant

v.

**The State of Texas**

Appellee

On Appeal in Case Number CR11-0908, from the 207th District Court of Hays County, the Hon. Jack H. Robison, Judge Presiding

## Motion for Rehearing

TO THE HONORABLE THIRD COURT OF APPEALS:

COMES NOW, Robbie Dale Walker, Appellant in the above styled and numbered cause, by and through John G. Jasuta, his undersigned attorney of record, and respectfully files this "Motion for Rehearing" and in support of such Motion would show the Court:

I

Appellant was charged by indictment with the offense of theft over $200,000, a first (1st) degree felony, in Cause No. CR11-0908 in the 207th District Court of Hays County, Texas. He was convicted in said cause and was sentenced to twenty-five (25) years in prison. Notice of Appeal was timely given on April 29, 2013. The Court affirmed his conviction on May 29, 2015.

## II

Appellant would respectfully suggest that rehearing should be granted in this case for two reasons. First, because the Court incorrectly determined that the trial court did not abuse its discretion in concluding that there was no evidence to support a finding that Appellant was incompetent to stand trial. Second, because the Court incorrectly determined that Appellant failed to demonstrate he was denied the effective assistance of counsel.

### Prayer

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays that this Honorable Court to grant this motion in all things, vacate its opinion of May 29, 2015, and remand this case to the trial court of a new trial.

Respectfully submitted,

**John G. Jasuta**
Attorney at Law
1801 East 51st Street, Suite 365474
Austin, Texas 78723
eMail: lawyer1@johngjasuta.com
Tel. 512-474-4747
Fax: 512-532-6282
State Bar No. 10592300

Attorney for Appellant

## Certificate of Compliance and Delivery

This is to certify that: (1) this document, created using WordPerfect™ X7 software, contains 300 words, excluding those items permitted by Rule 9.4 (i)(1), Tex.R.App.Pro., and complies with Rules 9.4 (i)(2)(B) and 9.4 (i)(3), Tex.R.App.Pro.; and (2) on July 31, 2015, a true and correct copy of the above and foregoing "Motion for Rehearing" was transmitted via the eService function on the State's eFiling portal, to Chris Johnson (chris.johnson@co.hays.tx.us), counsel of record for the State of Texas.

_____
**John G. Jasuta**